IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

        Plaintiff,                    No. CIV S-10-1346 JAM GGH P

   vs.

C. LOPEZ, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On November 1, 2010, plaintiff filed a first amended complaint. By concurrent findings and recommendations the undersigned is recommending that the majority of claims and defendants be dismissed. However, if the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action against Warden James Tilton and a violation of the Americans with Disabilities Act.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Warden James Tilton;

        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed November 1, 2010.

        3. Within twenty-eight days from the date of this order, plaintiff shall complete

1

the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the endorsed complaint filed November 1, 2010.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 7, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ggh: ab
davi1346.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

        Plaintiff,           No. CIV S-10-1346 JAM GGH P

  vs.

C. LOPEZ, et al.,

                                   NOTICE OF SUBMISSION
        Defendants.          OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __1__      completed USM-285 forms

      __2__      copies of the __November 1, 2010__
                                            Complaint

DATED:

                                              _____
                                              Plaintiff