IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,                    No. CIV S-10-1346 JAM GGH P

    vs.

C. LOPEZ, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On December 7, 2010, the undersigned ordered that service forms be sent to plaintiff to be filled out and returned to the court concerning plaintiff's American with Disabilities Act (ADA) claim against Warden Tilton. Plaintiff has informed the court that the warden during the relevant time was Tom Felker. However, the appropriate defendant is the present warden in his official capacity as this case is proceeding under the ADA. Plaintiff's motion for an extension of time to return the service forms is granted but plaintiff's motion for clarification of the party names is denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension (Doc. 20) is granted and plaintiff is granted 28 days from service of this order to return the service forms.

2. Plaintiff's motion for clarification (Doc. 21) is denied.

DATED: February 10, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ggh: ab
davi1346.ord